# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DEVELOPERS SURETY AND
INDEMNITY COMPANY,

    Plaintiff,

v.    Case No: 6:16-cv-1875-Orl-40KRS

ARCHER WESTERN CONTRACTORS, LLC,

    Defendant.
_____/

## JUDGMENT IN A CIVIL CASE

This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Archer Western Contractors, LLC ("**Archer**"), has prevailed on its Counterclaim seeking a declaratory judgment that: (a) Developers Surety and Indemnity Company ("**DSIC**") breached the Subcontractor Performance Bond #504957P; (b) Archer was authorized to hire a replacement subcontractor, LaFleur Nurseries & Graden Center, to remediate Prince Land Services, Inc.'s ("**Prince**") default; and (c) DSIC is liable to Archer for the costs of remediating Prince's default.

Date: May 7, 2018    **ELIZABETH M. WARREN, CLERK**

    By: G. Farey, Deputy Clerk

Copies furnished to:

Counsel of Record